IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEVONIA TIDWELL GRAY,**                                        **PLAINTIFF**
**ADC #079784**

v.                      Case No. 5:18-cv-00277-KGB

**JAMES GIBSON,** *et al.*                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Levonia Tidwell Gray's claims against all defendants are dismissed. His request for relief is denied.

It is so adjudged this the 15th day of January 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge